FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 2 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **CENTRAL DISTRICT OF CALIFORNIA**

9 **WESTERN DIVISION**

10

11 TERRELL C. ODEN,                    No.  CV 06-7512-AHS (AGR)

12                 Petitioner,

13      v.                            **JUDGMENT**

14 MIKE KNOWLES, Warden,

15                 Respondent.

16

17      Pursuant to the order adopting the magistrate judge's report and

18 recommendation,

19      IT IS ADJUDGED that the petition in this matter is denied.

20

21 DATED: _____    _____
          FEB 2 0 2008            ALICEMARIE H. STOTLER
22                                UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28